# IN THE UNITED STATES COURT OF APPEALS
## FOR THE FIFTH CIRCUIT

United States Court of Appeals
Fifth Circuit

**F I L E D**

August 12, 2013

No. 12-51012

Lyle W. Cayce
Clerk

JOE W. AND DOROTHY DORSETT BROWN FOUNDATION;
CHAMBERS MEDICAL FOUNDATION,

Plaintiffs–Appellants,

versus

FRAZIER HEALTHCARE V, L.P.; FRAZIER HEALTHCARE III, L.P.;
FRAZIER AFFILIATES III, L.P.; TREVOR MOODY; ALAN FRAZIER;
STEVEN TALLMAN; GUY MAYER; NATHAN EVERY;
JEFFERY NUGENT,

Defendants–Appellees.

Appeal from the United States District Court
for the Western District of Texas
No. 1:11-CV-807

Before SMITH, GARZA, and SOUTHWICK, Circuit Judges.

PER CURIAM:[*]

---

[*] Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

No. 12-51012

The plaintiffs, who were former shareholders, sued, alleging breach of fiduciary duty and related claims arising from a merger. The district court dismissed, correctly concluding that the claims were derivative and not direct under Delaware law. The court explained its ruling in a thorough and impressive twelve-page order entered August 27, 2012.

We have reviewed the briefs, the applicable law, and pertinent portions of the record and have heard the arguments of counsel. The judgment of dismissal is AFFIRMED, essentially for the reasons carefully set forth by the district court.